The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JAMES H. WARD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, a national association,<br><br>　　　　Defendant. | Civil Action No. 3:22-cv-05252-BHS<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE |

70006.0103/16363110.1

ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

1

SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110

1  THIS MATTER having come before the Court upon the filing of a Stipulation of
2  Dismissal with Prejudice by Plaintiff James H. Ward and Defendant Bank of America, N.A.; all
3  parties having stipulated to the requested relief, the Court having reviewed all pleadings filed by
4  the parties relating to the Stipulation; and the Court having reviewed the records filed herein, it is
5  hereby ORDERED that this matter is dismissed with prejudice with each party to bear its own
6  attorney's fees and costs.

8  IT IS SO ORDERED.

10  Dated this 31st day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

16  Presented by:
SEVERSON & WERSON

    */s/ Douglas C. Stastny*
18  Douglas C. Stastny WA Bar No. 52383
    Severson & Werson
19  19100 Von Karman Ave. Suite 700
    Irvine, CA 92612
20  Attorney for Defendant Bank of America, N.A.

70006.0103/16363110.1

ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

2

SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110